<u>**REPRESENTATION STATEMENT**</u>

**Plaintiffs-Appellants' Counsel**

All Plaintiffs-Appellants are represented by local counsel:

Louis Martin Bubala, III
Kaempfer Crowell
50 W. Liberty St., Ste. 700
Reno, NV 89501
775-852-3900
Fax: 775-327-2011
Email: lbubala@kcnvlaw.com

Plaintiff-Appellants Reno-Sparks Indian Colony and Summit Lake Paiute Tribe are represented by:

Will Falk
2980 Russet Sky Trail
Castle Rock, CO 80108
319-830-6086
falkwilt@gmail.com
(Registered for Electronic Filing in the 9th Circuit)

Terry J. Lodge
316 N. Michigan St., Suite 520
Toledo, OH 43604-5627
419-205-7084
Fax: 419-932-6625
Email: tjlodge50@yahoo.com

Plaintiff-Appellant Burns Paiute Tribe is represented by:

Richard Kirk Eichstaedt
Rey-Bear McLaughlin, LLP
421 W Riverside Ave.
Suite 1004
Spokane, WA 99201-0410
509-251-1424
Email: rick@rbmindianlaw.com
(Registered for Electronic Filing in the 9th Circuit)

Defendant-Appellees Deb Haaland, Anne-Marie Sharkey, and Kathleen Rehberg are represented by:

Arwyn Carroll
US Department of Justice
Environment & Natural Resources Division
150 M Street NE
Washington, DC 20002
202-305-0465
Fax: 202-305-0506
Email: arwyn.carroll@usdoj.gov

Michael Keith Robertson
DOJ-Enrd
150 M Street, NE
Washington, DC 20002
202-305-9609
Email: michael.robertson@usdoj.gov

Intervenor-Defendant-Appellee Lithium Nevada Corp. represented by:

Laura K Granier
Holland & Hart LLP
5441 Kietzke Lane
2nd Floor
Reno, NV 89511
775-327-3000
Fax: 775-786-6179
Email: Lkgranier@hollandhart.com