# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RENO-SPARKS INDIAN COLONY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, Secretary of the Interior, et al.,<br><br>    Defendants. | Case No. 3:23-cv-70-MMD-CLB<br><br>**ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

Upon consideration, Federal Defendants' unopposed motion for an extension of time to file their Reply brief in support of their Motion to Dismiss is GRANTED. Federal Defendants shall file their Reply brief on or before June 20, 2023.

IT IS SO ORDERED:

UNITED STATES CHIEF DISTRICT JUDGE

DATED:     June 8, 2023