Laura K. Granier
Jessica L. Coberly
(Nevada Bar No. 7357)
(Nevada Bar No. 16079)
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
Tel: 775.327.3000
Fax: 775.786.6179
lkgranier@hollandhart.com
JLCoberly@hollandhart.com

*Attorneys for LITHIUM NEVADA CORP., Defendant-Intervenor*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RENO-SPARKS INDIAN COLONY, a federally-recognized Tribe; SUMMIT LAKE PAIUTE TRIBE, a federally-Recognized Tribe; BURNS PAIUTE TRIBE, a federally-Recognized Tribe;, <br><br>Plaintiff, <br><br>v. <br><br>DEB HAALAND, Secretary of the Interior, ANNE-MARIE SHARKEY, Acting Director of the Bureau of Land Management Winnemucca district Office; KATHLEEN REHBERG, Field Manager of the Bureau of Land Management Winnemucca District Humboldt River Field Office; <br><br>Defendants <br><br>and <br><br>LITHIUM NEVADA CORP., <br><br>Defendant-Intervenor-Applicant, | **Case No.: 3:23-CV-00070-MMD-CLB** <br><br> **ORDER OF WITHDRAWAL OF ATTORNEY** |

BASED ON the Notice of Withdrawal of Attorney filed by Jessica L. Coberly, Esq., of Holland & Hart, LLP, and for good cause appearing;

1

IT IS HEREBY ORDERED that Jessica L. Coberly, Esq., of Holland & Hart, LLP will be removed from this case on behalf of Defendant-Intervenor-Applicant, Lithium Nevada Corp., and shall be removed from all lists of attorneys associated with this case, including future pleadings, notices, orders and other documents and counsel's proofs of service.

Laura K. Granier will continue to represent Lithium Nevada Corp.

DATED     October 2, 2023.

_____
UNITED STATES MAGISTRATE JUDGE