UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RENO-SPARKS INDIAN COLONY, *et al.*, <br><br> Plaintiffs, <br> v. <br> DEB HAALAND, *et al.*, <br><br> Defendants. | Case No. 3:23-cv-00070-MMD-CLB <br><br> ORDER |

Plaintiffs Reno-Sparks Indian Colony, Burns Paiute Tribe, and Summit Lake Paiute Tribe sued Defendants Deb Haaland, the current Secretary of the Interior, along with Anne-Marie Sharkey and Kathleen Rehberg, local officials of the Department of the Interior's Bureau of Land Management (in their official capacities), alleging violations of several federal laws through the Administrative Procedure Act, 5 U.S.C. § 701, *et seq.*, and seeking to block further construction of a lithium mine near Thacker Pass, Nevada. (ECF No. 1.) The Court granted the proponent of the Project, Lithium Nevada Corporation, leave to intervene as a defendant. (ECF No. 18.) The Court later denied Plaintiffs' motion for a temporary restraining order and preliminary injunction (ECF No. 32),[1] and subsequently dismissed Plaintiffs' Complaint, but *sua sponte* granted them leave to amend certain claims, while warning them that the Court would dismiss those claims with prejudice if they did not timely file an amended complaint (ECF No. 46 ("Prior Order")). As the Court-imposed amended complaint deadline has now passed, and as further explained below, the Court will dismiss this case with prejudice.

The Court warned Plaintiffs that it would dismiss this case in its entirety, with prejudice and without further advance notice, if they did not timely file an amended

---

[1]That decision remains on appeal as of the date of entry of this order. (ECF Nos. 34, 35, 37, 38.)

complaint consistent with the Court's Prior Order. (*Id.* at 11.) They have not done so. Plaintiffs are represented by counsel and have taken other timely action in this case. The Court has no indication that they did not receive the Prior Order. In sum, the Court sees no reason not to dismiss this case in line with the Prior Order.

It is therefore ordered that this case is dismissed in its entirety, with prejudice, as described herein.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 12th Day of December 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE