AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

RENO-SPARKS INDIAN COLONY, *et al.*,

        Plaintiffs,

v.

DEB HAALAND, *et al.*,

        Defendants.

JUDGMENT

Case Number: 3:23-cv-00070-MMD-CLB

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that pursuant to this court's order filed December 12, 2023 (ECF No. 47) this case is dismissed in its entirety, with prejudice.

    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: December 12, 2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Case 3:23-cv-00070-MMD-CLB    Document 48    Filed 12/12/23    Page 2 of 2